# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DEWEY RAY LAVENDER, and STEVEN WARREN | § § § § § § § § § | No.   101, 2017 |
| Plaintiffs Below, Appellants, | | Court Below: Superior Court of the State of Delaware |
| v. | | |
| SCOTT KOENIG, individually and in his official capacity as City Manager, KIM HAWKINS, individually and in her official capacity as Director of Human Resources, CITY OF DOVER COUNCIL, and the CITY OF DOVER, | § § § § § § § § § § | C.A. No.   K13C-08-024 |
| Defendants Below, Appellees. | | |

Submitted:   September 20, 2017
Decided:   September 28, 2017

Before **STRINE**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 28th day of September 2017, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its order dated February 1, 2017.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice